

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Susan Davis Van Dyke et al.,

* From the 118th District Court of Martin County, Trial Court No. 6848.

Vs. No. 11-19-00195-CV

* September 14, 2023

H & S Farms, Inc. et al.,

* Memorandum Opinion by Trotter, J. (Panel consists of: Bailey, C.J., Trotter, J., and Wright, S.C.J., sitting by assignment) (Williams, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we vacate the trial court's final judgment, and we remand this cause to the trial court for further consideration and proceedings. The costs incurred by reason of this appeal are taxed against H & S Farms, Inc.; Blake Oil & Gas Corporation; Jack E. Blake, Jr.; Rick Ybarra, as Trustee of the Logan Lee Blake Trust; Betty Lou Angelo; Ernest Angelo, Jr.; S. Javaid Anwar; Brendan J. Fikes Family Partners, Ltd.; Navigator Oil & Minerals, Inc.; Viper Energy Partners LLC; Michael J. Daniel; Dingus Investments, Inc.; Discovery Exploration Partnership; MTX Interests LP; Kennedy Minerals, Ltd.; The Ninety-Six Corporation; Keith M. Skaar; Blake Wood; JPMorgan Chase, N.A., as Trustee of the G.R. White Charitable Trust and as Trustee of the Joy Lina White Trust; Janice Stroup; John B. Phillips; Joyce Hamlin; The Joann Hollis Living Trust; Janie Harrison; Phyllis Sayre; Jarvis Haynes; Gretchin McDonald; Dave Michael McCullar; Frederick Bartlett Wulff, Sr.; Richard W. Winters, Jr.; and Kathleen M. Winters.